**IN THE SUPREME COURT OF PENNSYLVANIA**
**WESTERN DISTRICT**

DONALD MESSINA,                                  : No. 80 WM 2014
:
               Petitioner               :
:
:
:
           v.                               :
:
:
:
COMMONWEALTH OF PENNSYLVANIA, :
CLARION COUNTY,                                  :
:
              Respondents             :

## ORDER

**PER CURIAM**

    **AND NOW**, this 11th day of December, 2014, the Application for Leave to File Original Process is **GRANTED**, and the Petition for Writ of Habeas Corpus and the Writ of Truth are **DENIED**.